UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 13-5348
(C.A. No. 12-1435)

U.S. DEPARTMENT OF TREASURY,                               Appellant,

    v.

SCOTT HODES,                                                Appellant.

## APPELLANT'S CONSENT MOTION FOR VOLUNTARY DISMISSAL

Appellant, U.S. Department of Treasury, respectfully moves for voluntary dismissal, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, with each party to bear its costs. Pro se Appellee consented to this motion via phone call with government counsel today.

RONALD C. MACHEN JR.
United States Attorney

R. CRAIG LAWRENCE
Assistant United States Attorney

  /s/ *Alan Burch*
ALAN BURCH
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 252-2523, alan.burch@usdoj.gov

## Certificate of Service

I certify that the foregoing Consent Motion for Voluntary Dismissal has been served on pro se Appellant by the Court's ECF system on this 7th day of January, 2014.

        /s/ *Alan Burch*
        ALAN BURCH
        Assistant United States Attorney